**SEALED**

JUDGE FRANK MONTALVO
**FILED**
2006 JUN 28 PM 3:31
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) S E A L E D |
| Plaintiff, | ) |
| | ) CRIMINAL NO. EP-06-CR-_____ |
| v. | ) |
| | ) INDICTMENT |
| JUAN CARLOS RUFFIER, | ) |
| | ) CT 1: 18:1204-International Parental |
| Defendant. | ) Kidnapping; |
| | ) CT 2: 18:875(c)-Interstate Communications; |
| | ) CT 3: 18:115(a)(1)(A)-Threatening Federal |
| | ) Officer; |
| | ) CT 4: 18:875(c)-Interstate Communications; and |
| | ) CTS 5 & 6: 18:1513(b) &18:1513(e)- |
| | ) Obstructing Justice by Retaliating Against a |
| | ) Witness, Victim or an Informant |

**EP06CR1261**

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 1204]

Beginning on or about April 15, 2005, and continuing until and including, on or about December 12, 2005, in the Western District of Texas and elsewhere, the Defendant,

**JUAN CARLOS RUFFIER,**

knowingly and intentionally removed a child (J.R.) from the United States and retained the child (J.R.) outside of the United States with the intent to obstruct the lawful exercise of parental rights of O.R., in violation of Title 18, United States Code, Section 1204.

## COUNT TWO
[18 U.S.C. § 875(c)]

On or about February 3, 2006, in the Western District of Texas and elsewhere, the Defendant,

**JUAN CARLOS RUFFIER,**

knowingly did transmit in interstate and foreign commerce from Argentina to El Paso, Texas, a

telephone text-messaging communication to W.F., which telephone text-messaging communication contained a threat to injure the person of J.A.R., that is in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
[18 U.S.C. § 115(a)(1)(A)]

On or about February 3, 2006, in the Western District of Texas and elsewhere, the Defendant,

**JUAN CARLOS RUFFIER,**

did knowingly threaten to assault and threaten to murder J.A.R., a federal law enforcement officer, with the intent to impede, intimidate, interfere with and retaliate against J.A.R. while engaged in and on account of the performance of J.A.R.'s official duties, in violation of Title 18, United States Code, Section 115(a)(1)(A).

## COUNT FOUR
[18 U.S.C. § 875(c)]

On or about May 2, 2006, in the Western District of Texas and elsewhere, the Defendant,

**JUAN CARLOS RUFFIER,**

knowingly did transmit in interstate and foreign commerce from Argentina to El Paso, Texas, a telephone communication to W.F., which telephone communication contained a threat to injure the person of W.F., that is in violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE
[18 U.S.C. § 1513(b)]

On or about May 2, 2006, in the Western District of Texas and elsewhere, the Defendant,

**JUAN CARLOS RUFFIER,**

did knowingly threaten to cause bodily injury to W.F. with the intent to retaliate against W.F. for providing information to a law enforcement officer relating to the commission and possible

commission of a federal offense, that is in violation of Title 18, United States Code, Section 1513(b).

## COUNT SIX
[18 U.S.C. § 1513(e)]

Beginning on or about April of 2006 continuing through an including the date of this indictment, in the Western District of Texas and elsewhere, the Defendant,

**JUAN CARLOS RUFFIER,**

did knowingly and with the intent to retaliate, took action harmful to W.F., interfering with W.F.'s lawful employment and livelihood, because of W.F.'s conduct in providing truthful information to a law enforcement officer relating to the commission and possible commission of a federal offense, that is in violation of Title 18, United States Code, Section 1513(e).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney