

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.  EP:06-CR-01261(1)-FM |
| | § | |
| JUAN CARLOS RUFFIER | § | |

## O R D E R

The Court finds that **JUAN CARLOS RUFFIER**, for whom an attorney has been appointed

under the Criminal Justice Act, 18 U.S.C. §3006A, et seq., may have available funds to pay attorney's

fees.

It is further ORDERED that prior to the conclusion of the Defendant's case, the Office of the

Federal Public Defender, shall submit to the District Court an accounting of the hours that have been

expended on the above-captioned cause.  Once this information has been received, the District Court

may enter an Order for the Defendant to pay the attorney's fees due at that time.

**SIGNED** and **ENTERED** on March 17, 2017.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE