IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS RUFFIER,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  EP-06-CR-001261-FM<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On this day, the court considered the "Government's Motion to Strike *Ad Hominem* Language" ("Motion") [ECF No. 42], filed April 17, 2017 by the United States of America ("Government"). Therein, the Government requests this court strike paragraph seven of page four of Juan Carlos Ruffier's ("Defendant") "Defendant's Response to Government [sic] Motion for Protective Order,"[1] alleging the paragraph contains an unsubstantiated, irrelevant and unnecessary *ad hominem* claim against the Government. Defendant did not file a response.

Having considered the Motion, the court **FINDS** that paragraph seven on page four of "Defendant's Response to the Government [sic] Motion for Protective Order" [ECF No. 41] is an unsubstantiated, irrelevant and unnecessary *ad hominem* claim against the Government.

**IT IS THEREFORE ORDERED** that said paragraph **IS HEREBY STRICKEN FROM THE RECORD.**

**SIGNED** this **3rd** day of **May, 2017.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 41, filed April 12, 2017.