

**Department of Justice**

*United States Attorney's Office*
*Western District of Texas*
*El Paso Division*

*700 E. San Antonio Ave, Suite 200*     Phone: *(915) 534-6884*
*El Paso, Texas 79901*                  Facsimile: *(915) 534-6024*

May 11, 2017

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

        RE:    **U.S. V. JUAN CARLOS RUFFIER;**
                   **EP-06-CR-1261-FM**

Dear Sir or Madam:

    This is to request that the undersigned Assistant United States Attorney be **removed** as *counsel* assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

                              Respectfully submitted,

                              RICHARD L. DURBIN, JR.
                              UNITED STATES ATTORNEY

                By:     /s/_____
                              DEBRA P. KANOF
                              Assistant United States Attorney