UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.  EP-06-CR-1261-FM |
| | ) | |
| JUAN CARLOS RUFFIER | ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO RECUSE THE USAO FOR THE WESTERN DISTRICT OF TEXAS

Defendant Juan Carlos Ruffier had previously filed herein a motion seeking removal of AUSA Debra Kanof and the United States Attorney's Office for the Western District of Texas ("the USAO") [CM/ECF Document No. 44] from this case.  Ms. Kanof has been removed by her office from any participation or involvement in the case.

Counsel for Mr. Ruffier needs to meet with the attorneys for the USAO to discuss discovery and possible resolutions of the case, and hereby withdraws his previously filed Motion [CM/ECF Document No. 44] To Recuse the USAO, without prejudice to refiling same.

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender


     /S/
MANUEL ACOSTA-RIVERA
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas  79901
(915) 534-6525
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 12th day of May, 2017, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: AUSA, Adrian Gallegos, Office of the U.S. Attorney, Richard C. White Building, 700 E. San Antonio, Suite 200, El Paso, TX 79901.

              /S/
              MANUEL ACOSTA-RIVERA
              *Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CAUSE NO.  EP-06-CR-1261-FM** |
| ) | |
| **JUAN CARLOS RUFFIER** ) | |

**ORDER**

On this day came on to be considered the Defendant's Motion to Withdraw Document. The Court after considering same is of the opinion that such motion should be GRANTED.

SIGNED this ___ day of May, 2017.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE